UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2: 17-0650 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MANISH-MGGARWAL, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. In the complaint filed March 28, 2017, plaintiff requests injunctive relief. For the reasons stated herein, Supervising Deputy Attorney General Monica Anderson is directed to file a response to plaintiff's request for injunctive relief within seven days of the date of this order.

Plaintiff is incarcerated at the California Health Care Facility ("CHCF") in Stockton. Dr. Manish-Mggarwal is named as a defendant. Plaintiff alleges that on March 20, 2017, defendant told plaintiff that he was going to take away most of plaintiff's "psych medication" and Cogentin "for my side effects, from 2 mg. to 0.5." Plaintiff alleges that he told defendant that the reduction in Cogentin would not stop the side effects. Plaintiff told defendant that he would get sick. Plaintiff alleges that defendant told plaintiff that "you shouldn't file on the medical staff …here at the unit. Now you suffer."

1

Plaintiff alleges that he is a mental patient. Plaintiff alleges that he is stressed out and has suicidal thoughts off and on and "can't sleep at night off and on … behind my medications." As relief, plaintiff seeks reinstatement of his psyche medications "because the 0.5 Cogentin is not stopping the side effects and I'm getting sick."

The undersigned is concerned by plaintiff's claims that as a result of alleged changes in his psychiatric medications, plaintiff is suffering both physically and mentally. Accordingly, Supervising Deputy Attorney General Monica Anderson is directed to file a status report addressing the alleged changes in plaintiff's medications and changes to his physical and mental health as a result of these alleged changes.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve this order and plaintiff's complaint (ECF No. 1) on Supervising Deputy Attorney General Monica Anderson;

2. Supervising Deputy Attorney General Monica Anderson shall file the status report discussed above within seven days of the date of this order.

Dated: April 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Her650.ord